IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

AVIS RICE                                                                                           PLAINTIFF

v.                                    Case No. 4:25-cv-611-JM

UNITED POSTAL SERVICE                                                              DEFENDANT

## ORDER

Plaintiff Avis Rice's complaint (Doc. 2) is dismissed without prejudice because she failed to file an amended complaint as directed. (Doc. 4); LOCAL RULE 5.5(c)(2).

IT IS SO ORDERED this 21st day of July, 2025.

_____
UNITED STATES DISTRICT JUDGE