IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

AVIS RICE                                                                                          PLAINTIFF

v.                                    Case No. 4:25-cv-611-JM

UNITED POSTAL SERVICE                                                              DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ORDERED this 21st day of July, 2025.

_____
UNITED STATES DISTRICT JUDGE